Case 19-24184-GLT    Doc 13    Filed 11/15/19    Entered 11/16/19 00:54:50    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
11/13/19 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    James V. Young,           )
        *Debtor*                )    Case No. 19-24184 GLT
                            )    Chapter 13
    James V. Young,           )
        *Movant*           )    Related to Docket No. 11
                            )
    No Respondents         )

### **ORDER OF COURT**

AND NOW, to wit, this 13th Day of November, 2019, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, James V. Young, is hereby granted an extension until November 25, 2019 to file a completed Chapter 13 petition and plan.

FURTHER ORDERED:

*[signature]*

Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge

drb

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                          Case No. 19-24184-GLT
James V. Young                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0315-2        User: culy              Page 1 of 1         Date Rcvd: Nov 13, 2019
                            Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db              +James V. Young,    925 Evans City Rd,    Renfrew, PA 16053-9229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor
               Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
              Kenneth    Steidl     on behalf of Debtor James V. Young julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4