**Form 224**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**James V. Young**
   Debtor(s)

Bankruptcy Case No.: 19−24184−GLT

Chapter: 13
Docket No.: 14 − 1

## **CERTIFICATION**

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **October 28, 2019** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **November 25, 2019** and failure to meet that deadline would result in the dismissal of the case.

As of **November 26, 2019,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

                                                         Michael R. Rhodes
                                                         Clerk

## **ORDER**

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: November 26, 2019                                          Gregory L. Taddonio
                                                                     United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24184-GLT
James V. Young                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy                Page 1 of 1              Date Rcvd: Nov 26, 2019
                               Form ID: 224              Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db         +James V. Young,    925 Evans City Rd,    Renfrew, PA 16053-9229
15147176   +Armstrong Cable,    437 N Main Street,    Butler, PA 16001-4358
15147177   +Butler Memorial Hospital,    One Hospital Way,    Butler, PA 16001-4697
15147178    Citi Bank,    PO Box 6403,    Sioux Falls, SD 57117-6403
15147180    Freedom United FCU,    238 Adams St.,    Rochester, PA 15074
15159194   +Freedom United Federal Credit Union,     283 Adams Street,    Rochester, PA 15074-2143
15147181   +Home Depot,    c/o Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
15147183    MedExpress Billing,    PO Box 7964,    Belfast, ME 04915-7900
15147184   +Mr. Cooper,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
15147185   +Nationstar Mortgage,    c/o KML Law Group,    Suite 5000, BNY Melon Independence,
             701 Market St.,    Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +EDI: PRA.COM Nov 27 2019 08:33:00      PRA Receivables Management, LLC,    PO Box 41021,
             Norfolk, VA 23541-1021
15147179    E-mail/PDF: creditonebknotifications@resurgent.com Nov 27 2019 04:01:00      Credit One Bank,
             P.O. Box 98873,    Las Vegas, NV 89193-8873
15147182    EDI: IRS.COM Nov 27 2019 08:33:00      Internal Revenue Service,    PO Box 7346,
             Philadelphia, PA 19101-7346
15148025   +EDI: RMSC.COM Nov 27 2019 08:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             [ *** NO NAME OR ADDRESS SUPPLIED *** ]
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor
               Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Debtor James V. Young julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4