FILED
11/27/19 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 19-24184 GLT |
| James V. Young, ) | |
| *Debtor* ) | Chapter 13 |
| ) | |
| James V. Young, ) | Related Dkt. No. 14 and 17 |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| *No Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this __27th__ day of __November__, 2019, it is hereby ORDERED, ADJUDGED, and DECREED that the Order Dismissing the Debtor's Chapter 13 Case is vacated.

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24184-GLT
James V. Young                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: culy           Page 1 of 1           Date Rcvd: Nov 27, 2019
                             Form ID: pdf900      Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
db          +James V. Young,    925 Evans City Rd,    Renfrew, PA 16053-9229
15147176    +Armstrong Cable,    437 N Main Street,    Butler, PA 16001-4358
15147177    +Butler Memorial Hospital,    One Hospital Way,    Butler, PA 16001-4697
15147178     Citi Bank,    PO Box 6403,    Sioux Falls, SD 57117-6403
15147180     Freedom United FCU,    238 Adams St.,    Rochester, PA 15074
15159194    +Freedom United Federal Credit Union,    283 Adams Street,    Rochester, PA 15074-2143
15147181    +Home Depot,    c/o Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
15147183     MedExpress Billing,    PO Box 7964,    Belfast, ME 04915-7900
15147184    +Mr. Cooper,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
15147185    +Nationstar Mortgage,    c/o KML Law Group,    Suite 5000, BNY Melon Independence,
              701 Market St.,    Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2019 03:48:16
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15147179     E-mail/PDF: creditonebknotifications@resurgent.com Nov 28 2019 03:46:58      Credit One Bank,
              P.O. Box 98873,    Las Vegas, NV 89193-8873
15147182     E-mail/Text: cio.bncmail@irs.gov Nov 28 2019 03:38:43      Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
15148025    +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:49:37      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               [ *** NO NAME OR ADDRESS SUPPLIED *** ]
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor
               Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor James V. Young julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4