**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James V. Young, | ) | Case No. 19-24184 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Docket No. |
| | ) | |
| | ) | |
| James V. Young, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Collection Service Center, Inc.
Pob 560
New Kensington, PA 15068

Collection Service Center, Inc.
Attn: Bankruptcy
839 5th Ave.
New Kensington, PA 15068

PA Department of Labor & Industry
Office of Chief Counsel
Labor and Industry Building
651 Boas Street-Tenth Floor
Harrisburg, PA 17121

By:

December 4, 2019                     /s/ Kenneth Steidl
DATE                                  Kenneth Steidl, Esquire
                                         Attorney for the Debtor(s)

                                         STEIDL & STEINBERG
                                         Suite 2830 – Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA  15219
                                         (412) 391-8000
                                         Ken.steidl@steidl-steinberg.com
                                         PA I.D. No. 34965