IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James V. Young, | ) | Case No. 19-24184 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No.26 &28 |
| | ) | |
| | ) | |
| James V. Young, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF SCHEDULING ORDER, AMENDED SCHEDULE F AND 341 MEETING OF CREDITORS NOTICE**

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) December 9, 2019

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Collection Service Center, Inc.
Pob 560
New Kensington, PA 15068

Collection Service Center, Inc.
Attn: Bankruptcy
839 5th Ave.
New Kensington, PA 15068

PA Department of Labor & Industry
Office of Chief Counsel
Labor and Industry Building
651 Boas Street-Tenth Floor
Harrisburg, PA 17121

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

                Respectfully submitted,

December 9, 2019               /s/ Kenneth Steidl_____
DATE                              Kenneth Steidl, Esquire
                                      Attorney for the Debtor(s)

                STEIDL & STEINBERG
                Suite 2830 – Gulf Tower
                707 Grant Street
                Pittsburgh, PA  15219
                (412) 391-8000
                ken.steidl@steidl-steinberg.com
                PA I.D. No. 34965