IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James V. Young, | ) | Case No. 19-24184 GLT |
| | ) | Chapter 13 |
| Social Security No. XXX-XX-3610 | ) | |
| | ) | |
| Debtor | ) | Related to Document No. 29 |
| | ) | |
| James V. Young, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| IBIS Tek Inc. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on December 9, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

James V. Young
925 Evans City Rd
Renfrew, PA 16053

IBIS Tek Inc.
Attn: Payroll
220 S. Noah Drive
Saxonburg, PA 16056

Date of Service:    December 9, 2019    /s/ Kenneth Steidl
                                                                                  Kenneth Steidl, Esquire
                                                                                  STEIDL & STEINBERG
                                                                                   28th Floor, Gulf Tower
                                                                                   707 Grant Street
                                                                                   Pittsburgh, PA 15219
                                                                                   (412) 391-8000
                                                                                   PA I.D. 34965