IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| James V. Young, ) | Case No. 19-24184 GLT |
| ) | Chapter 13 |
| Social Security No. XXX-XX-3610 ) | |
| ) | |
| Debtor ) | Related to Document No. 44 |
| ) | |
| James V. Young, ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| IBIS Tek Inc. and ) | |
| Ronda J. Winnecour, Trustee ) | |
| ) | |
| Respondents ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 14, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

James V. Young
925 Evans City Rd
Renfrew, PA 16053

IBIS Tek Inc.
Attn: Payroll
220 S. Noah Drive
Saxonburg, PA 16056

Date of Service:    May 14, 2020

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965