IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James V. Young, | ) | Case No. 19-24184 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 51 |
| | ) | |
| | ) | |
| James V. Young, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

**CERTIFICATE OF SERVICE OF CONSENT ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING**

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) October 7, 2020

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

                                                      Respectfully submitted,

October 7, 2020                                        /s/ Kenneth Steidl
DATE                                                           Kenneth Steidl, Esquire
                                                                Attorney for the Debtor(s)
                                                                STEIDL & STEINBERG
                                                                Suite 2830 – Gulf Tower
                                                                707 Grant Street
                                                                Pittsburgh, PA  15219
                                                                (412) 391-8000
                                                                ken.steidl@steidl-steinberg.com
                                                                PA I.D. No. 34965

```
Label Matrix for local noticing        Armstrong Cable                        Butler Memorial Hospital
0315-2                                 437 N Main Street                      One Hospital Way
Case 19-24184-GLT                      Butler, PA 16001-4358                  Butler, PA 16001-4697
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Oct  7 10:05:39 EDT 2020

Citi Bank                              Citibank, N.A.                         Collection Service Center, Inc.
PO Box 6403                            5800 S Corporate Pl                    Attn: Bankruptcy
Sioux Falls, SD 57117-6403             Sioux Falls, SD  57108-5027            839 5th Ave.
                                                                              New Kensington, PA 15068-6303


Collection Service Center, Inc.        Credit One Bank                        Freedom United FCU
Pob 560                                P.O. Box 98873                         238 Adams St.
New Kensington, PA 15068-0560          Las Vegas, NV 89193-8873               Rochester, PA 15074


(p)FREEDOM UNITED FEDERAL CREDIT UNION Home Depot                             Internal Revenue Service
283 ADAMS STREET                       c/o Home Depot Credit Services         PO Box 7346
ROCHESTER PA 15074-2143                PO Box 790328                          Philadelphia, PA 19101-7346
                                       Saint Louis, MO 63179-0328


LVNV Funding, LLC                      MedExpress Billing                     Mr. Cooper
Resurgent Capital Services             PO Box 7964                            8950 Cypress Waters Boulevard
PO Box 10587                           Belfast, ME 04915-7900                 Coppell, TX 75019-4620
Greenville, SC 29603-0587


Nationstar Mortgage                    Nationstar Mortgage LLC dba Mr. Cooper Brian Nicholas
c/o KML Law Group                      P.O. Box 619096                        KML Law Group, P.C.
Suite 5000, BNY Melon Independence     Dallas, TX 75261-9096                  701 Market Street
701 Market St.                                                                Suite 5000
Philadelphia, PA 19106-1541                                                   Philadelphia, PA 19106-1541


Office of the United States Trustee    PA Department of Labor & Industry      PRA Receivables Management, LLC
Liberty Center.                        Office of Chief Counsel                PO Box 41021
1001 Liberty Avenue, Suite 970         Labor and Industry Building            Norfolk, VA 23541-1021
Pittsburgh, PA 15222-3721              651 Boas Street-Tenth Floor
                                       Harrisburg, PA 17121-0725


Pennsylvania Department of Revenue     Pennsylvania Dept. of Revenue          Peoples Natural Gas Company LLC
Bankruptcy Division                    Department 280946                      c/o S. James Wallace, P.C.
P.O. Box 280946                        P.O. Box 280946                        845 N. Lincoln Ave.
Harrisburg, PA 17128-0946              ATTN: BANKRUPTCY DIVISION              Pittsburgh, PA 15233-1828
                                       Harrisburg, PA 17128-0946


Kenneth Steidl                         Synchrony Bank                         S. James Wallace
Steidl & Steinberg                     c/o of PRA Receivables Management, LLC 845 N. Lincoln Avenue
Suite 2830 Gulf Tower                  PO Box 41021                           Pittsburgh, PA 15233-1828
707 Grant Street                       Norfolk, VA 23541-1021
Pittsburgh, PA 15219-1908


Ronda J. Winnecour                     James V. Young
Suite 3250, USX Tower                  925 Evans City Rd
600 Grant Street                       Renfrew, PA 16053-9229
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

**Freedom United Federal Credit Union**
**283 Adams Street**
**Rochester, PA 15074**

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)

**End of Label Matrix**
**Mailable recipients**    28
**Bypassed recipients**    1
**Total**    29