IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James V. Young, | ) | Case No. 19-24184 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No.51 |
| | ) | |
| | ) | |
| James V. Young, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
|     *Respondents* | ) | |

## REPORT OF FINANCING

AND NOW, comes the Debtor, James V. Young, by and through his attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. On October 6, 2020, this Honorable Court entered an order at docket no.51, approving the Debtor's request to finance a new vehicle.

2. The Court's order requires the purchase of a vehicle within 60 day of the date of the order.

3. The Debtor was unable to finance a vehicle during this period after several attempts.

4. The Debtor will continue to attempt obtain a vehicle.

5.  The Debtor will either purchase a used vehicle free and clear with his tax refund and stimulus payment or use the tax refund and stimulus payment as a down payment towards financing a vehicle.

6.  If the Debtor attempts to purchase a vehicle by way of financing, he will request an extension of the existing order or seek a new order approving financing from this Honorable Court.

WHEREFORE, the Debtor, James V. Young, respectfully file this Report of Financing.

                                                Respectfully submitted,

January 31, 2021                    /s/ Kenneth Steidl_____
DATE                                    Kenneth Steidl, Esquire
                                                Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965