IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-24184 GLT |
| James V. Young, ) | Chapter 13 |
| *Debtor* ) | |
| ) | |
| James V. Young, ) | |
| *Movant* ) | Related Trustee Certificate of Default |
| ) | at Doc No. 59, and Order requiring |
| Vs. ) | response at Doc No. 60 |
| ) | |
| Ronda Winnecour, Trustee, ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 4, 2023, a true and correct copy of the *Notice of Proposal to Cure Plan Defaults* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.


Date of Service:    October 4, 2023      /s/ Kenneth Steidl
                                         Kenneth Steidl, Esquire
                                         STEIDL & STEINBERG
                                         28th Floor, Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA 15219
                                         (412) 391-8000
                                         PA I.D. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-24184-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Oct  6 10:53:24 EDT 2023 | Armstrong Cable<br>437 N Main Street<br>Butler, PA 16001-4358 | (p)BUTLER HEALTH SYSTEM<br>ATTN BUTLER MEMORIAL HOSPITAL<br>ONE HOSPITAL WAY<br>BUTLER PA 16001-4670 |
| Citi Bank<br>PO Box 6403<br>Sioux Falls, SD 57117-6403 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Collection Service Center, Inc.<br>Attn: Bankruptcy<br>839 5th Ave.<br>New Kensington, PA 15068-6303 |
| Collection Service Center, Inc.<br>Pob 560<br>New Kensington, PA 15068-0560 | Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | (p)FREEDOM UNITED FCU<br>283 ADAMS STREET<br>ROCHESTER PA 15074-2143 |
| (p)FREEDOM UNITED FEDERAL CREDIT UNION<br>283 ADAMS STREET<br>ROCHESTER PA 15074-2143 | Home Depot<br>c/o Home Depot Credit Services<br>PO Box 790328<br>Saint Louis, MO 63179-0328 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MedExpress Billing<br>PO Box 7964<br>Belfast, ME 04915-7900 | Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Mr. Cooper<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019-4620 | Nationstar Mortgage<br>c/o KML Law Group<br>Suite 5000, BNY Melon Independence<br>701 Market St.<br>Philadelphia, PA 19106-1541 | Nationstar Mortgage LLC dba Mr. Cooper<br>P.O. Box 619096<br>Dallas, TX 75261-9096 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA Department of Labor & Industry<br>Office of Chief Counsel<br>Labor and Industry Building<br>651 Boas Street-Tenth Floor<br>Harrisburg, PA 17121-0725 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | James V. Young<br>925 Evans City Rd<br>Renfrew, PA 16053-9229 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Butler Memorial Hospital<br>One Hospital Way<br>Butler, PA 16001 | Freedom United FCU<br>238 Adams St.<br>Rochester, PA 15074 | Freedom United Federal Credit Union<br>283 Adams Street<br>Rochester, PA 15074 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)

End of Label Matrix
Mailable recipients   29
Bypassed recipients    1
Total                 30