UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>James V. Young,<br><br>                Debtor.<br><br>Ronda J. Winnecour,<br><br>                Movant,<br><br>vs.<br><br>Nationstar Mortgage LLC,<br><br>                Respondent. | Case No.: 19-24184-GLT<br><br>Chapter 13 |

**RESPONSE TO NOTICE THAT MORTGAGE CLAIM (COURT CLAIM NO. 2; TRUSTEE RECORD NO.18) PREPETITION ARREARAGE HAS BEEN PAID IN FULL**

TO: THE CLERK, U.S. BANKRUPTCY COURT:

      In response to the Notice that Mortgage Claim (Court Claim No. 2) Prepetition arrearage has been paid in full, filed on February 8, 2024, Nationstar Mortgage LLC hereby declares that, as of February 20, 2024, the account has been brought current and is due for the March 1, 2024 payment.

Date: February 20, 2024                               Respectfully submitted,

                                                        /s/ *Robert Wendt*, Esquire
                                                        By: Robert Wendt, Esquire
                                                        rwendt@leopoldassociates.com
                                                        Attorney ID No. 89150
                                                        Leopold & Associates, PLLC
                                                        275 Curry Hollow Road, Building 1
                                                        Suite 280
                                                        Pittsburgh, PA 15236
                                                        (914)-219-5787 x490
                                                        Attorney for Creditor

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>James V. Young,<br><br>                          Debtor.<br><br>Ronda J. Winnecour,<br><br>                          Movant,<br><br>vs.<br><br>Nationstar Mortgage LLC,<br><br>                          Respondent. | Case No.: 19-24184-GLT<br><br>Chapter 13 |
|---|---|

**CERTIFICATE OF SERVICE**

      I, Robert Wendt, attorney for Creditor, do hereby certify that true and correct copies of the foregoing **RESPONSE TO NOTICE THAT MORTGAGE CLAIM (COURT CLAIM NO. 2; TRUSTEE RECORD NO.18) PREPETITION ARREARAGE HAS BEEN PAID IN FULL** has been served on February 22, 2024, by first class mail, and/or electronic means upon those listed below:

James V. Young
925 Evans City Rd
Renfrew, PA 16053

Kenneth Steidl
Steidl & Steinberg
Attorneys for Debtor
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

CONTINUED ON NEXT PAGE

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222


Date: February 22, 2024

        /s/ *Robert Wendt*, Esquire
        By: Robert Wendt, Esquire
        rwendt@leopoldassociates.com
        Attorney ID No. 89150
        Leopold & Associates, PLLC
        275 Curry Hollow Road, Building 1
        Suite 280
        Pittsburgh, PA 15236
        (914)-219-5787 x490
        Attorney for Creditor