**Fill in this information to identify the case:**

Debtor 1 ___James V. Young_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western_____ District of __PA___
                                                                      (State)

Case number __19-24184-GLT_____

---

Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

---

## Part 1:  Mortgage Information

**Name of creditor:** Nationstar Mortgage LLC _____

**Court claim no.** (if known): 2 _____

**Last 4 digits** of any number you use to identify the debtor's account:  ******2805

**Property address:** 925 Evans City Road _____
                       Number        Street

_____

Renfrew                    PA        16053
City                       State     ZIP Code

---

## Part 2:  Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

---

## Part 3:  Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  05 / 01 / 2025
                                                            MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                              (a)  $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:      + (b)  $ _____

c.  **Total**. Add lines a and b.                                          (c)  $ _____0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:      ___ / ___ / _____
                                                                    MM / DD / YYYY

---

Debtor 1  __James V. Young_____     Case number (if known)__19-24184-GLT_____
       First Name    Middle Name    Last Name

| Part 4: | Itemized Payment History |
|---------|--------------------------|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---------|-----------|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ _____    Date __3_/_19_/_2025__
    Signature

Print   **Eric Smith**_____    Title  Agent for Creditor_____
    First Name    Middle Name    Last Name

Company   Aldridge Pite, LLP_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   Six Piedmont Center 3525 Piedmont Road, N.E. Suite 700_____
    Number    Street

Atlanta_____   GA   30305____
City    State    ZIP Code

Contact phone  (404__) 994 _ 7600____     Email esmith@aldridgepite.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>March 19, 2025</u>

| | |
|---|---|
| Chapter 13 Trustee: | Ronda J. Winnecour |
| Trustee Address: | Suite 3250, USX Tower |
| | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| Trustee Email: | cmecf@chapter13trusteewdpa.com |
| | |
| Debtor's Counsel Name: | Kenneth Steidl |
| Debtor's Counsel Address: | Steidl & Steinberg |
| | Suite 2830 Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| Debtor's Counsel Email: | julie.steidl@steidl-steinberg.com |
| | |
| Debtor 1 Name: | James V. Young |
| Debtor's Mailing Address: | 925 Evans City Rd |
| | Renfrew, PA 16053 |

    /s/ Ciara M. Pumicpic