Certificate Number: 01721-PAW-DE-039466889

Bankruptcy Case Number: 19-24184



01721-PAW-DE-039466889

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 21, 2025, at 11:30 o'clock AM EDT, James Young completed a course on personal financial management given by telephone by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: March 21, 2025

By: /s/Pam Miller

Name: Pam Miller

Title: Counselor